UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOHN MARCH, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:13-cv-01210 TIA |
| | ) | |
| MEDICREDIT, INC, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff, John March, and Defendant,
Medicredit, Inc, stipulate to the dismissal of the claims of John March with prejudice
and the claims of the putative class without prejudice. Each party to bear own fees and
costs.

Dated: March 10, 2014

RESPECTFULLY SUBMITTED,

/s/ James W. Eason
_____

JAMES W. EASON, #MO57112
The Eason Law Firm, LLC
124 Gay Avenue, Suite 200
Clayton, Missouri 63105
Phone: (314) 932-1066
Fax: (314) 667-3161
Email: james.w.eason@gmail.com

_/s/ Adam B. Rucker_____

ADAM B. RUCKER, #60657
Hinshaw & Culbertson, LLP
521 West Main Street, Suite 300
P.O. Box 509
Belleville, IL 62222
Phone: (618) 277-2400
Fax: (618) 277-1144
Email: arucker@hinshawlaw.com

10840384v1 0947795